DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FITNESS INTERNATIONAL, LLC,

Appellant,

v.

VEREIT REAL ESTATE, L.P.,

Appellee.

Nos. 2D22-3243, 2D23-253
CONSOLIDATED

_____

September 13, 2023

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Daniel Nordby of Shutts & Bowen LLP, Tallahassee; Matthew R. Chait and Sean M. Smith of Shutts & Bowen LLP, West Palm Beach, for Appellant.

Jenny N. Perkins of Ballard Spahr LLP, Philadelphia, Pennsylvania, for Appellee.

Michael Schuster, admitted *pro hac vice,* of Ballard Spahr LLP, Denver, Colorado, (withdrew after briefing) for Appellee.

Craig Solomon Ganz and Katherine Anderson, admitted *pro hac vice,* of Ballard Spahr LLP, Phoenix, Arizona, for Appellee.

PER CURIAM.

Affirmed. *See Fitness Int'l, LLC v. 93 FLRPT, LLC*, 361 So. 3d 914 (Fla. 2d DCA 2023); *Vereit Real Est., L.P. v. Fitness Int'l, LLC*, 365 So. 3d 442 (Fla. 3d DCA 2023).

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.